

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-12-00476-CR

| | | |
|---|---|---|
| Derrick Lee Holzhey | § | From the 297th District Court |
| | § | of Tarrant County (1236778D) |
| v. | § | December 6, 2012 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00476-CR
### NO. 02-12-00477-CR
### NO. 02-12-00478-CR

DERRICK LEE HOLZHEY                  APPELLANT

V.

THE STATE OF TEXAS                  STATE

----------

## FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Derrick Lee Holzhey attempts to appeal from his three convictions and concurrent two-year sentences for two assault on a public servant charges and one charge of burglary of a habitation. The trial court's certification of his right to appeal for each of these convictions states that this "is a plea-bargain case, and the defendant has NO right of appeal."

---

[1]*See* Tex. R. App. P. 47.4.

On October 11, 2012, this court notified appellant about the statement on the trial court's certifications and informed him that unless he or any party desiring to continue the appeals filed with the court, on or before October 22, 2012, a response showing grounds for continuing the appeals, the appeals may be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. We have received no response. Therefore, we dismiss these appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 6, 2012